UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 15165
    TISHA B JORDAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5533

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/16/2004 and was confirmed 07/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 12/14/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 6000.00 | 646.62 | 6000.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 5709.96 | .00 | 571.00 |
| INTERNAL REVENUE SERVICE | FILED LATE | 992.26 | .00 | .00 |
| AARONS FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 50.00 | .00 | 5.00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 10000.27 | .00 | 1000.03 |
| JAMES COVINGTON | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 10516.83 | .00 | 1051.68 |
| ST FRANCIS HOSPITAL HEAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | 37.12 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,894.00 | | 1,894.00 |
| TOM VAUGHN | TRUSTEE | | | 631.10 |
| DEBTOR REFUND | REFUND | | | 180.57 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,980.00 | |
| PRIORITY | | .00 |
| SECURED | | 6,000.00 |
|     INTEREST | | 646.62 |
| UNSECURED | | 2,627.71 |
| ADMINISTRATIVE | | 1,894.00 |
| TRUSTEE COMPENSATION | | 631.10 |
| DEBTOR REFUND | | 180.57 |
| TOTALS | 11,980.00 | 11,980.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 15165 TISHA B JORDAN

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 04/23/08                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE


                              PAGE  2
          CASE NO. 04 B 15165 TISHA B JORDAN